**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-6635

ROBERT W. GWYN, JR.,

Plaintiff - Appellant,

v.

B.W. BOOKER, Ex-Warden; R. BATEMAN, Institutional Programs Manager (I.P.M.); MELVIN DAVIS, Warden; MARCUS ELAMLAP, Western Regional Administrator,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Michael F. Urbanski, Chief District Judge. (7:17-cv-00143-MFU-RSB)

Submitted: October 23, 2018                    Decided: October 26, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Wayne Gwyn, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Wayne Gwyn, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gwyn v. Booker*, No. 7:17-cv-00143-MFU-RSB (W.D. Va. May 8, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*